UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONDALEE MORRIS, | ) | NO. CV 08-8538-GHK(CT) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LARRY SCRIBNER, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 1/5/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE